UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| In Re:  Nancy Long | ) | Case No. | 10-23438 ABC |
|---|---|---|---|
| SS#  xxx-xx-5854 | ) | Chapter  13 | |
| Jack Long | ) | | |
| SS# xxx-xx-1045 | ) | | |
| Debtor(s). | ) | | |

## CERTIFICATE OF MAILING

I hereby certify that on this 11th day of June, 2010 I placed a true and correct copy of the **CHAPTER 13 PLAN** in the United States mail, postage prepaid, addressed to:

Sally Zeman
P.o. Box 1169
Denver, CO 80201

Account Brokers of Larimer County
1417 S. College Ave.
Fort Collins, CO 80524

Chase Bank
PO Box 24696
Columbus, OH 43224

Chase Home Finance
PO Box 15145
Wilmington, DE 19850

Chase/Bank One
PO Box 15298
Wilmington, DE 19850

Collection Center-Wyoming
PO Box 4000
Rawlins, WY 82301

Jackie Lollar
15931 Parkside Dr.
Parker, CO 80134

Jonathan Hagn, Esq.
1525 Josephine St.
Denver, CO 80206

Karl Dakin
Dakin Lawtek, LLC
7148 S. Andres Circle
Centennial, CO80016

Neil P. Movitz
8152 E. Phillips Cir.
Centennial, CO 80112-3253

Poudre Valley Hospital
1024 S. Lemay Ave.
Fort Collins, CO 80524

The Hopp Law Firm
333 W. Colfax Ave, #500
Denver, CO 80204

/s/ Laurie R. Stirman