## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                      )
                                            )
JACK BLAIR LONG                             )        Case No: 10-23438 ABC
and NANCY MARTHA LONG                       )        Chapter 13
                                            )
            Debtors                         )

**ORDER REGARDING (1) DEBTORS' CHAPTER 13 PLAN AND OBJECTIONS FILED BY NEIL P. MOVITZ AND DEUTSCHE BANK NATIONAL TRUST COMPANY; (2) DEBTORS' MOTION TO AVOID LIEN WITH CREDITOR JACKIE LOLLAR AND RESPONSE FILED BY JACKIE LOLLAR; (3) DEBTORS' MOTION TO DETERMINE SECURED STATUS PURSUANT TO 11 U.S.C. §506 AND RESPONSE FILED BY NEIL P. MOVITZ; AND (4) JACKIE LOLLAR'S MOTION TO DISMISS CASE AS BAD FAITH FILING AND FOR FAILURE TO QUALIFY UNDER 11 U.S.C. §109 AND DEBTORS' RESPONSE; AND (5) MOTION TO CONTINUE THE AUTOMATIC STAY**

On September 15, 2010, the Court held a hearing in this matter on (1) Debtors' Chapter 13 Plan and Objections filed by Neil P. Movitz and Deutsche Bank National Trust Company; (2) Debtors' Motion to Avoid Lien with Creditor Jackie Lollar and Response filed by Jackie Lollar; (3) Debtors' Motion to Determine Secured Status Pursuant to 11 U.S.C. §506 and Response filed by Neil P. Movitz; and (4) Jackie Lollar's Motion to Dismiss Case as Bad Faith Filing and for Failure to Qualify Under 11 U.S.C. §109 and Debtors' Response.

Upon the findings of fact and conclusions of law made in open court on September 15, 2010, it is,

**ORDERED** that the Creditor Jackie Lollar's Motion to Dismiss Case as Bad Faith Filing and for Failure to Qualify Under 11 U.S.C. § 109 is **GRANTED.** The debtors' Motion to Avoid Lien, Motion to Determine Secured Status, and Motion to Continue the Automatic Stay are rendered **MOOT.**

DATED: _September 24, 2010_           BY THE COURT:


                                      _____
                                      A. Bruce Campbell, Judge
                                      United States Bankruptcy Court